UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                         Civil Action 2:11-cv-00219
                                         Judge George C. Smith
                                         Magistrate Judge E.A. Preston Deavers

**FIFTEEN THOUSAND EIGHT HUNDRED
FORTY AND 00/100 DOLLARS ($15,840.00)
IN UNITED STATES CURRENCY,** *et al.*,

    **Defendants.**

## ORDER

       This matter is before the Court for consideration of the November 15, 2011 Report and Recommendation of the Magistrate Judge. (ECF No. 22.) The Magistrate Judge recommended that the Court grant Plaintiff's Second Motion to Strike Answer of Matthew Hughes.

       The Report and Recommendation of the Magistrate Judge specifically advised the parties that failure to object to the Report and Recommendation within fourteen days results in a "waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (Report & Recommendation 3, ECF No. 22.) The time period for filing objections to the Report and Recommendation has expired. No party has objected to the Report and Recommendation.

       The Court reviewed the Report and Recommendation of United States Magistrate Judge Elizabeth A. Preston Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge. Accordingly,

Plaintiff's Motion to Strike is **GRANTED**.  (ECF No. 21.)  Mr. Hughes' Answer is hereby **STRICKEN** from the record.  (ECF No. 9.)

    **IT IS SO ORDERED.**

*/s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**