IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 2:11cv219 |
| | : | JUDGE SMITH |
| -v.- | : | Magistrate Judge Deavers |
| | : | |
| **FIFTEEN THOUSAND EIGHT HUNDRED FORTY AND 00/100 DOLLARS ($15,840.00) IN UNITED STATES CURRENCY, Et Al.** | : : : : | |
| | : | |
| Defendants. | : | |

**DEFAULT JUDGMENT AND DECREE OF FORFEITURE**

This cause came before the Court on Plaintiff's Motion for Default Judgment and Decree of Forfeiture. After a thorough review of the record, the Court finds:

1. On March 11, 2011, Plaintiff, the United States of America, filed a Verified Complaint alleging that said Defendant Currency was used or intended to be used in exchange for controlled substances, or represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate the trafficking of a controlled substance, in violation of 21 U.S.C. §841 et seq., and is therefore forfeitable to the United States of America pursuant to 21 U.S.C. §881(a)(6);

2. That the aforementioned Complaint was accompanied by an affidavit (Exhibit A to Complaint) which established probable cause to believe the allegations set forth in said Complaint;

3. Process was duly issued herein and returned according to law;

4. Notice of the seizure of the Defendant Currency was given according to law;

5. The default of Matthew Hughes for failure to plead or otherwise defend as required by law was entered by the Clerk;

6. Any other claimants have failed to come forward to timely file herein any claim or other pleading within the time fixed by law;

7. The allegations of the Verified Complaint are taken as admitted; and

8. This Court has jurisdiction pursuant to 28 U.S.C. §§1345 and 1355.

NOW THEREFORE, based upon the above findings, and the Court being otherwise fully advised in the matter; it is hereby:

**ORDERED, ADJUDGED, AND DECREED:**

1. The Defendant Currency represents proceeds or was used to facilitate one or more violations of 21 U.S.C. §841 et seq., said violation being trafficking in controlled substances and is therefore forfeitable to the United States of America pursuant to 21 U.S.C. §881(a)(6) and that the Defendant, described as:

**Fifteen Thousand Eight Hundred Forty and 00/100 Dollars ($15,840.00) in United States Currency;**

**One Thousand Nine Hundred Eight-Two and 08/100 Dollars ($1,982.08) in United States Currency; and,**

**One Thousand Seventy-Six and 00/100 Dollars $1,076.00) in United States Currency.**

is hereby **FORFEITED** to the United States of America pursuant 21 U.S.C. §881(a)(6).

2. All other claims and interest in and to said property are forever barred and that no right, title, or interest in the Defendant Currency shall exist in any party other than the United States of America.

3. The United States Marshals Service shall dispose of the forfeited property as proved by law.

IT IS SO ORDERED this  8th   day of  February   , 2012.

           *s/ George C. Smith*
           **HONORABLE GEORGE C. SMITH**
           **UNITED STATES DISTRICT COURT JUDGE**